JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>           Plaintiff,<br><br>      v.<br><br>LOC PHAM, *et al.*,<br><br>           Defendants. | Case No. 2:24-cv-05260-FLA (ASx)<br><br>**JUDGMENT** |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented, the court hereby ORDERS and ADJUDGES that default judgment be entered in Plaintiff Ignacio Vera's favor and against Defendant 8801 Reseda LLC.  Defendant 8801 RESEDA LLC shall install an accessible ramp at the property located at 8801 Reseda Blvd., Northridge, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

The court AWARDS Plaintiff Ignacio Vera $3,000 in attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 24, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge